There are no Nebraska Court of Appeals opinions for the week of September 8, 2015.